THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Chris Corazza, | Case No. Civ No. 04-4008 (PAM/RLE) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| Air Wisconsin Airlines, Corp., | |
| Defendant. | |

Upon stipulation by the parties to the above-captioned action, and upon all files, records, and proceedings, herein,

IT IS HEREBY ORDERED that judgment of dismissal without prejudice, without costs to any of the parties, be entered in the above-captioned action.

Dated:  August  19 , 2005.              s/Paul A. Magnuson
                                        The Honorable Paul A. Magnuson
                                        United States District Judge

1